IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SANDRA MYERS | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:23-CV-00139 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| BIG LOTS STORES, LLC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. [Dkt. 23]. The Parties previously advised the Court that they reached an agreed compromised settlement of this matter and they now seek a dismissal with prejudice as to the issues in controversy relating to the claims and/or causes of action made by the Plaintiff against the Defendant herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 17th day of June, 2024.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge